Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

EDWARD M. STEFAN

vs

GREGORY FUNK TAX SERVICE,
GREG & BONNIE FUNK FAMILY
TRUST and DOES 1 THROUGH 10

SUMMONS IN A CIVIL ACTION

Case No.

'08 CV 0884 BEN POR

*FILED 08 MAY 19 AM 11:13 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA — DEPUTY*

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

DUANE H. SCEPER, ESQ.  CSB 104004
P.O. Box 1551
Hayfork, CA 96041
(619) 232-8917

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

MAY 19 2008

W. Samuel Hamrick, Jr.
CLERK                                                                DATE

J. PARIS (SEAL)

By _____, Deputy Clerk

Summons in a Civil Action                                                    Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)