UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD M. STEFAN,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>GREGORY FUNK TAX SERVICE, GREG & BONNIE FUNK FAMILY TRUST, DOES 1 through 10,<br><br>　　　　　　　　　　　　Defendant. | Civil No.   08-cv-0884-BEN (POR)<br><br>**ORDER VACATING EARLY NEUTRAL EVALUATION CONFERENCE AND SCHEDULING SETTLEMENT DISPOSITION CONFERENCE** |

Counsel for all parties have represented to the Court that this case has settled. Accordingly, IT IS HEREBY ORDERED:

1. The Early Neutral Evaluation conference scheduled for **August 6, 2008** at **10:00 a.m.** is VACATED.

2. A Joint Motion for Dismissal shall be submitted to the Honorable Roger T. Benitez on or before **July 25, 2008.** A courtesy copy shall be delivered to the chambers of the Honorable Louisa S. Porter. The courtesy copy may be lodged with chambers via e-mail to: efile_Porter@casd.uscourts.gov.

3. If a Joint Motion for Dismissal is not submitted on or before **July 25, 2008**, then a Settlement Disposition Conference shall be held on **July 28, 2008,** at **9:30 a.m.** before Judge Porter. The conference shall be <u>telephonic</u>, with <u>attorneys only</u>. Plaintiff's counsel shall arrange and initiate the conference call.

///

4. If a Joint Motion for Dismissal is received on or before **July 25, 2008**, the Settlement Disposition Conference shall be VACATED without further court order.

DATED: July 15, 2008

LOUISA S PORTER
United States Magistrate Judge

cc: The Honorable Roger T. Benitez
all parties