1  Duane H. Sceper (CSB # 104004)
   Attorney at Law
2  P.O. Box 1551
   Hayfork, California 96041
3  Telephone: (619) 232-8917

4  Attorney for Plaintiff Edward M. Stefan

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD M. STEFAN, | CASE NO.: 08-CV-0884 BEN (POR) |
| Plaintiff, | |
| v. | **JOINT MOTION TO DISMISS WITH PREJUDICE** |
| GREGORY FUNK TAX SERVICE, GREG & BONNIE FUNK FAMILY TRUST and DOES 1 THROUGH 10 | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff EDWARD M. STEFAN, on the one hand, and Defendants GREGORY FUNK TAX SERVICE and GREG & BONNIE FUNK FAMILY TRUST on the other hand, through their respective attorneys of record that, by way of this joint motion to dismiss, pursuant Federal Rule of Civil Procedure 41(a), this Court enter a dismissal with prejudice of ALL DEFENDANTS from Plaintiff's Complaint, and the Complaint itself, filed as Case Number **08-CV-0884 BEN (POR).**

For valuable consideration received, and the parties having settled the within action, the Plaintiff herein fully and forever releases and discharges ALL DEFENDANTS from any and all actions, causes of

1 action, claims, demands, attorney fees, costs, expenses, and compensation by reason of any damages,
2 general or special, or injury or injuries sustained by him on account of, or in any way arising from, the
3 incident alleged in the Complaint in this action.
4 **IT IS SO STIPULATED:**

6 Dated: July 17, 2008                                By: /s/DUANE H. SCEPER
                                                                                    DUANE H. SCEPER, ESQ.,
7                                                                                  Attorney for Plaintiff
                                                                                    EDWARD M. STEFAN
8                                                                                  E-mail: dhs@thelegalway.com

10                                                                                LAW OFFICES OF RICHARD A. HIGGINS

12 Dated: July 17, 2008                              By: /RICHARD A. HIGGINS
                                                                                    RICHARD A. HIGGINS, ESQ.,
                                                                                    Attorneys for Defendants
13                                                                                GREGORY FUNK TAX SERVICE,
                                                                                    GREG & BONNIE FUNK FAMILY TRUST
14                                                                                E-mail: rahlaws@yahoo.com
                                                                                               richard@esqr.org

**JOINT MOTION TO DISMISS WITH PREJUDICE**                                      08-CV-0884