FILED
JUL 22 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD M. STEFAN,<br><br>       Plaintiff,<br>vs.<br>GREGORY FUNK TAX SERVICE et al.,<br><br>       Defendants. | Case No. 08cv0884 BEN (POR)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

The parties have jointly moved to dismiss this action with prejudice. Dkt. No. 8 (July 17, 2008). Under Federal Rule of Civil Procedure 41(a)(1), the parties may voluntarily dismiss their claims by stipulation. FED. R. CIV. P. 41(a). Under Rule 41(a)(2), the Court has broad discretion to determine the terms and conditions for dismissal. *Smith v. Lenches*, 263 F.3d 972, 975 (9th Cir. 2001). Because the parties have settled their claims and stipulated to dismiss under Rule 41(a), the Court dismisses this action with prejudice.

IT IS SO ORDERED.

Dated: July __, 2008

                    _____
                    Roger T. Benitez
                    United States District Judge